**Opinion issued January 23, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-01011-CR

———————————

## IN RE ANDRE JONES, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

## MEMORANDUM OPINION

Relator, Andre Jones, acting pro se, has filed a document with this Court entitled as an "Application for a Writ of Habeas Corpus."[1] In criminal matters, this Court's habeas corpus jurisdiction is appellate only, and we do not have original habeas corpus jurisdiction. *See Ex parte Denby*, 627 S.W.2d 435, 435 (Tex. App.—

---

[1]  The underlying case is *State of Texas v. Andre Jones*, cause number 917355 in the 182nd District Court of Harris County, Texas, the Honorable Jeannine Barr presiding.

Houston [1st Dist.] 1981, orig. proceeding); *see also Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (citing TEX. GOV'T CODE § 22.221) ("A court of appeals does not have original habeas corpus jurisdiction in felony cases."). We lack jurisdiction over this attempt to seek habeas relief directly from this Court. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991).

Accordingly, we dismiss the habeas corpus petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).